## A08A1571. CHAVEZ v. CEDAR HOLDING ASSOCIATION.
(669 SE2d 207)

BARNES, Chief Judge.

In this case, the following circumstances exist and are dispositive of the appeal:

(1) The evidence supports the judgment;

(2) No reversible error of law appears and an opinion would have no precedential value; and

(3) The judgment of the court below adequately explains the decision.

The judgment of the court below therefore is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Johnson, P. J., concurs. Phipps, J., concurs in judgment only.*

### DECIDED OCTOBER 28, 2008.

*Joseph R. Baker*, for appellant.
*Mitchell & Shapiro, William R. Joiner*, for appellee.